# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SVENJA SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:24-cv-00197

**FILED UNDER SEAL**

## <u>SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
|-----|------------|
| 1 | 洛阳微薄商贸有限公司 |
| 2 | HEZHONGKUI |
| 3 | CXYbhuo |
| 4 | GuoYuKe shop |
| 5 | gaoxiaodian |
| 6 | shanxiKaiFeiMaoYi |
| 7 | Vedolay |
| 8 | LIANZHONG1 |
| 9 | Zhang hai tao |
| 10 | Claral |
| 11 | Kaliks Shop |
| 12 | huluwamaoyi |
| 13 | Duskmall Free & Fast Shipping |
| 14 | LavetoniA |
| 15 | QUAROS |
| 16 | Bopcus |
| 17 | INTEROOKIE US |
| 18 | ONCEX |
| 19 | Genta Kojima |
| 20 | PetanizeGifts |
| 21 | VIKTERM |
| 22 | HANGA |
| 23 | SLEEP EASLY |
| 24 | TNN SMARTSOLUX |
| 25 | KIAN-LLC |

| | |
|---|---|
| 26 | NOPAN-LLC |
| 27 | H.Y.Shopp |
| 28 | Haler |
| 29 | zhuosenyu |
| 30 | WXM Shop—US |
| 31 | XLin Tech |
| 32 | 广水市应山快捷小铺 |
| 33 | Shenzhen HongHeFu Household Products Co. Ltd. |
| 34 | Edauto. |
| 35 | Blllue US |
| 36 | VODEFOX-us |
| 37 | Tedaekti Direct |
| 38 | DMX |
| 39 | TiHu |
| 40 | FAVORGEAR |
| 41 | HiCASE Pro |
| 42 | Shuyi Sp shop |
| 43 | shenzhenshi zhaodianxiuxi maoyi youxian gongsi |
| 44 | QYH-US |
| 45 | vsllcau.. |
| 46 | BQBQOER |
| 47 | NailKING |
| 48 | WishColorful |
| 49 | qinmeixiao |
| 50 | Zenladen LLC USA |
| 51 | SHENGYIYI |
| 52 | Dsgc |
| 53 | JOKIVTOU |
| 54 | LIUGANGOO |
| 55 | Coler Of Life |
| 56 | LuoBinBHD |
| 57 | Briyhose |
| 58 | AMZ-ZXX |
| 59 | SENSEN Decor Art |
| 60 | SPESHION |
| 61 | HOANGSONST |
| 62 | Zayvor |
| 63 | Visit Fystarrky's Store |
| 64 | LinXianReDianBanGongYongPinJingXiaoDian |

| | |
|---|---|
| 65 | daizhilu122 |
| 66 | 品源百货 |
| 67 | Vesna |
| 68 | Giodo Store |
| 69 | Odile Store |
| 70 | QualitySStore |
| 71 | Easyoyo |
| 72 | BYBYCD |
| 73 | DIGNATURE |
| 74 | YCDGJMY |
| 75 | milkywhite |
| 76 | blakberry |
| 77 | Riches |
| 78 | Better Funiture Co. Ltd. |
| 79 | luosa |
| 80 | maggreat |
| 81 | twklestars |
| 82 | fashionstyle |
| 83 | queenly |
| 84 | Cheers |
| 85 | wishlistbester |
| 86 | Dealovy Co.Ltd |
| 87 | onfine Co. ltd |
| 88 | vovofine Co., LTD |
| 89 | TXFQZL |
| 90 | HeZeFengGangWang |
| 91 | VASYL Flagship store |
| 92 | EJWQWQE |
| 93 | Heshuo Trading Inc |
| 94 | Zeiyignr |
| 95 | Yomiee HOME&OUTDOORS |
| 96 | YYNKM |
| 97 | Sulgyt |
| 98 | Daiosportswear |
| 99 | Mouliraty |
| 100 | SHENGXINY |
| 101 | SGCYLOWQ INC |
| 102 | digtalshack |
| 103 | lai rong Trading Co., Ltd. |
| 104 | Nanchang Changke Electronic Technology Co., Ltd. |
| 105 | Kingyoungall |
| 106 | Cethrio |

| | |
|---|---|
| 107 | Tejiojio |
| 108 | BASKUWISH |
| 109 | POROPL |
| 110 | Beauty Home |
| 111 | Ecqkame Co. ltd |
| 112 | DAETIROS |
| 113 | KMSXM Trading Co. Ltd |
| 114 | Qonioi |
| 115 | HOMBOM |
| 116 | Brilliant |
| 117 | CLESALE Online Store |
| 118 | Meitianfacai |
| 119 | Gallickan |
| 120 | Dezsed |
| 121 | IELSKGS Clothing Shop |
| 122 | Honeeladyy |
| 123 | Amtdh |
| 124 | Turilly |
| 125 | DECILRO Clothing Shop |
| 126 | EQWLJWE |
| 127 | HAOTAGS |
| 128 | qolati |
| 129 | MaTPR |
| 130 | Fesfesfes |
| 131 | Fumantang |
| 132 | JenniferLiz |
| 133 | XEOVHVLJ |
| 134 | Tiitstoy |
| 135 | Mittory Company |
| 136 | Wovilon |
| 137 | RnemiTe-amo |
| 138 | lulshou |
| 139 | Wiueurtly |
| 140 | soon |
| 141 | AIYUQ.U INC |
| 142 | QIAN GONG |
| 143 | WENY Store |
| 144 | Yuelianxi |
| 145 | NKOOGH Clothing |
| 146 | BOTE LLC |
| 147 | MMolecule |
| 148 | Ynmk Jun |
| 149 | NEGJ |
| 150 | Enco |
| 151 | ASEIDFNSA Clothing |

| | |
|---|---|
| 152 | B Joy |
| 153 | ForestYashe Fashion Co.,Ltd |
| 154 | Beppter Learning |
| 155 | chancheng Co.Ltd |
| 156 | Adviicd Chioce |
| 157 | WANYNG INC |
| 158 | Trayknick |
| 159 | glaryyears |
| 160 | porfeet |
| 161 | Yazhiji |
| 162 | Luckymimi |
| 163 | oudi co.,ltd |
| 164 | DiManFeng Inc |
| 165 | Airpow |
| 166 | Ultra-fast delivery |
| 167 | COKTAK |
| 168 | Me LLC |
| 169 | Sunhillsgrace.Co. Ltd |
| 170 | sichuanchengwang |
| 171 | Fastest Shipping |
| 172 | Dibo Trading Co.Ltd |
| 173 | JPS Blossoms |
| 174 | Happy City Co.Ltd |
| 175 | HuaShao LLC |
| 176 | Dowell Network |