IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SVENJA SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00197

Judge Joan H. Lefkow

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 12 | huluwamaoyi |
| 41 | HiCASE Pro |
| 15 | QUAROS |
| 16 | Bopcus |
| 161 | Yazhiji |
| 142 | QIAN GONG |
| 123 | Amtdh |
| 88 | vovofine Co., LTD |
| 143 | WENY Store |
| 34 | Edauto. |
| 3 | CXYbhuo |
| 57 | Briyhose |
| 28 | Haler |
| 53 | JOKIVTOU |
| 72 | BYBYCD |
| 45 | vsllcau.. |
| 35 | Blllue US |
| 40 | FAVORGEAR |
| 71 | Easyoyo |
| 62 | Zayvor |
| 7 | Vedolay |
| 36 | VODEFOX-us |
| 139 | Wiueurtly |

| | |
|---|---|
| 140 | soon |
| 141 | AIYUQ.U INC |
| 144 | Yuelianxi |
| 149 | NEGJ |
| 153 | ForestYashe Fashion Co.,Ltd |
| 154 | Beppter Learning |
| 157 | WANYNG INC |
| 164 | DiManFeng Inc |
| 166 | Ultra-fast delivery |
| 168 | Me LLC |
| 169 | Sunhillsgrace.Co. Ltd |
| 171 | Fastest Shipping |
| 173 | JPS Blossoms |
| 175 | HuaShao LLC |
| 86 | Dealovy Co.Ltd |
| 89 | TXFQZL |
| 92 | EJWQWQE |
| 93 | Heshuo Trading Inc |
| 94 | Zeiyignr |
| 95 | Yomiee HOME&OUTDOORS |
| 96 | YYNKM |
| 97 | Sulgyt |
| 98 | Daiosportswear |
| 99 | Mouliraty |
| 100 | SHENGXINY |
| 101 | SGCYLOWQ INC |
| 105 | Kingyoungall |
| 106 | Cethrio |
| 107 | Tejiojio |
| 108 | BASKUWISH |
| 109 | POROPL |
| 111 | Ecqkame Co. ltd |
| 112 | DAETIROS |
| 113 | KMSXM Trading Co. Ltd |
| 114 | Qonioi |
| 116 | Brilliant |
| 117 | CLESALE Online Store |
| 118 | Meitianfacai |
| 120 | Dezsed |
| 121 | IELSKGS Clothing Shop |
| 122 | Honeeladyy |
| 124 | Turilly |
| 125 | DECILRO Clothing Shop |
| 126 | EQWLJWE |
| 127 | HAOTAGS |
| 128 | qolati |

| | |
|---|---|
| 129 | MaTPR |
| 130 | Fesfesfes |
| 133 | XEOVHVLJ |
| 134 | Tiitstoy |
| 135 | Mittory Company |
| 136 | Wovilon |
| 137 | RnemiTe-amo |
| 138 | lulshou |
| 165 | Airpow |
| 145 | NKOOGH Clothing |
| 151 | ASEIDFNSA Clothing |
| 155 | chancheng Co.Ltd |
| 148 | Ynmk Jun |
| 150 | Enco |
| 152 | B Joy |
| 156 | Adviicd Chioce |
| 172 | Dibo Trading Co.Ltd |
| 84 | Cheers |
| 158 | Trayknick |
| 160 | porfeet |
| 162 | Luckymimi |

DATED: February 26, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt